IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BILLY LLOYD,

    Plaintiff,

v.              CIVIL ACTION NO. 2:18-cv-01429

MOUNT OLIVE CORRECTIONAL
COMPLEX STAFF,

    Defendant.

## ORDER

  This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On June 11, 2019, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 7] ("PF&R") and recommended that the court dismiss this matter for failure to prosecute. Neither party timely filed objections to the PF&R nor sought an extension of time.

  A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES without prejudice** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 12, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE